UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVYNN NELSON, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

ITO EN (NORTH AMERICA) INC.,

                Defendant.

**ORDER**

20-CV-07496 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 19, 2021, Defendant Ito En (North America) Inc. ("Defendant"), filed a motion to dismiss without first filing a request for a pre-motion conference, in violation of Rule 2(C) of this Court's Individual Practices. (Doc. 16). That motion is, accordingly, denied without prejudice to renew upon compliance with all applicable rules.

Defendant is directed to file its Answer or a letter requesting a pre-motion conference by 5:00 p.m. on May 26, 2021. The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 16.

                                              **SO ORDERED:**

Dated: White Plains, New York
         May 20, 2021

                                              _____
                                              PHILIP M. HALPERN
                                              United States District Judge